IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GIRAFFE GARDEN COMPANY, LTD.**                                                          **PLAINTIFF**

**VERSUS**                                      **CIVIL ACTION NO. 1:03cv234LG-RHW**

**PAUL KOTSAKOS, ET AL.**                                                  **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of United States Magistrate Robert H. Walker [34-1] entered in this cause on January 30, 2006. The Court, having adopted said Report and Recommendation as the finding of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 20th day of February, 2006.

                                                    s/ *Louis Guirola, Jr.*
                                                    LOUIS GUIROLA, JR.
                                                    UNITED STATES DISTRICT JUDGE